# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __16-4802__ as

☐ Retained  ☑ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☐ Government

COUNSEL FOR: __Altagracia Acosta Suarez__ as the
(party name)

☑ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

__/s/ Andrew M. Stewart__
(signature)

| | |
|---|---|
| Andrew M. Stewart | 703-248-0626 |
| Name (printed or typed) | Voice Phone |
| Dennis Stewart Krischer & Terpak PLL | 703-248-8971 |
| Firm Name (if applicable) | Fax Number |
| 2045 15th Street North, Suite 200 | |
| Arlington, VA 22201 | andrew.m.stewart.esq@gmail.com |
| Address | E-mail address (print or type) |

OR, I, _____, AM NOT PARTICIPATING IN THIS CASE.
(Name)

APPELLATE COUNSEL IS: _____.
(Name)    (Phone)

## CERTIFICATE OF SERVICE

I certify that on __December 29, 2016__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Altagracia Acosta Suarez #85070-083
FPC Alderson
Glen Ray Rd. Box A
Alderson, WV 24910

__/s/ Andrew M. Stewart__                                    __December 29, 2016__
Signature                                                                Date